PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

FILED
SEP 2 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:03CR05132-01 AWI** |
| ) | |
| **Michael Nicholas CHAVIRA** ) | |
| ) | |

On September 13, 2006, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*/s/ Melinda S. Peyret*

**MELINDA S. PEYRET**
**Senior United States Probation Officer**

Dated:   8/30/2007
         Fresno, California
         mp

**REVIEWED BY:**   */s/ Bruce A. Vasquez*

**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

Re:   **CHAVIRA, Michael Nicholas**
      **Docket Number:   1:03CR05132-01 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

9-24-07
**Date**

**ANTHONY W. ISHII**
**United States District Judge**

mp
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

## RECOMMENDATION TERMINATING
## SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:03CR05132-01AWI |
| ) | |
| Michael Nicholas CHAVIRA ) | |
| ) | |

### LEGAL HISTORY:

On September 13, 2004, the above-named was placed on supervised release for a period of 3 years, which commenced on January 6, 2006. Special conditions included a requirement for search, substance abuse counseling and testing, alcohol sanctions and aftercare co-payment.

### SUMMARY OF COMPLIANCE:

Mr. Chavira has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. Mr. Chavira's home environment is stable. He is currently attending barbering school full time. He has incurred no positive drug tests during his term of supervision. It is the opinion of the probation officer that Mr. Chavira has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Re:     **CHAVIRA, Michel Nicholas**
        **Docket Number:   1:03-CR-05132-01**
        **RECOMMENDATION TERMINATING**
        <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

Respectfully submitted,

**MELINDA S. PEYRET**
**Senior United States Probation Officer**

Dated:   8/30/2007
         Fresno, California
         mp

**REVIEWED BY:**

**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

mp
cc:     AUSA Faller (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

2

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG